UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY FRANCO,

                    Plaintiff,

        -against-                                      24-cv-8740 (LTS)

HYATT CORPORATION DOING BUSINESS                       CIVIL JUDGMENT
AS HYATT TIMES SQUARE,

                    Defendant.

For the reasons stated in the November 24, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    November 26, 2025
           New York, New York


                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                       Chief United States District Judge